IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SUSAN A. MORROW,
    Petitioner,

vs.                          5:09cv225/SPM/MD

WALTER MCNEIL,
    Respondent.
_____

## O R D E R

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, along with a supplement. However, petitioner has failed to provide service copies. Petitioner must submit one complete service copy of her petition and supplement for each named respondent and for the Attorney General of the State of Florida.

Accordingly, it is ORDERED:

1. Petitioner shall, within **thirty (30) days** of the docketing date of this order, submit **two copies of the petition and supplement** in support of her petition. This case number should be written on the copies.

2. Failure to provide the appropriate service copies of the memorandum and appendix will result in a recommendation that this case be dismissed.

DONE AND ORDERED this 15th day of July, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**