IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SUSAN A. MORROW,

    Petitioner,

v.                                        CASE NO. 5:09cv225-SPM/MD

WALTER A. MCNEIL,

    Respondent.
_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation. Doc. 29. Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 30. Despite the objections, I have determined that the report and recommendation is correct and should be adopted. The distinction Petitioner makes between the enhancement of her sentence and the sentence that she received is without legal merit. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The magistrate judge's report and recommendation (doc. 29) is ADOPTED and incorporated by reference in this order.

2.    Respondent's motion to dismiss (doc. 23) is granted.

3.  The second amended petition for writ of habeas corpus (doc. 13) challenging the judgment of conviction and sentence in State of Florida v. Susan Alta Morrow, in the Circuit Court of Bay County, Florida, case number 01-0753, is dismissed with prejudice.

3.  The clerk shall close this case.

4.  The Court will not issue a certificate of appealability for the reasons explained in the report and recommendation.

DONE AND ORDERED this 27th day of May, 2010.

   *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge